## Same Case—On a Re-hearing.

Merrick, C. J. The point in regard to the interest allowed by the judgment was not made in the original brief in this case. It is too late to make the point in a petition for a re-hearing.

It is ordered, that the petition for a re-hearing in this case be refused.